## Commonwealth *v.* Davis, Appellant.

Submitted September 17, 1971. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.